UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUY RALPH PEREA, ) | 1:05-cv-0091 OWW DLB P |
| ) | |
| Plaintiff, ) | ORDER RE FINDINGS AND |
| ) | RECOMMENDATIONS RE |
| v. ) | DISMISSAL OF ACTION FOR |
| ) | FAILURE TO STATE A CLAIM |
| GEORGE W. BUSH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This case is before the Court on the Findings and Recommendations of the Magistrate Judge to dismiss the case for failure to state a claim.  The court has fully considered the underlying complaint, the Findings and Recommendations, and all applicable law.  The review was done *de novo* pursuant to the provisions of 28 U.S.C. § 636(b).

The Magistrate Judge's Findings and Recommendations are fully supported by the facts and law in this case and the following order is entered:

    1.   The Findings and Recommendations of the Magistrate Judge are ADOPTED;

///

///

1

    2.   This case is dismissed with prejudice.

DATED:   September 30, 2005.

                                        /s/ OLIVER W. WANGER

                                        _____
                                           Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE

perea v. bush order