```
                                    FILED
                            JUDGMENT ENTERED
                            _____9/30/2005_____
                                         Date
                        by _____G. Lucas_____
                                    Deputy Clerk
                               U.S. District Court
                            Eastern District of California
                            __XX____ FILE CLOSED
```

*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF CALIFORNIA*

GUY RALPH PEREA,

**JUDGMENT IN A CIVIL ACTION**

vs.

        CV-F-05-00091 OWW/DLB P

GEORGE W. BUSH,

_____/

       The Findings and Recommendations issued by the Magistrate Judge on April 28, 2005, are hereby adopted in full, and

       IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED:  September 30, 2005

                                              JACK L. WAGNER, Clerk

                                    By:  /s/ GREG LUCAS
                                               Deputy Clerk